**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,                 CASE NUMBER: 18-CV-10953

v.                                 HON. ROBERT H. CLELAND

DEBORAH PRUITT,

        Defendant.
                                  /

## ORDER OF DISMISSAL FOR LACK OF PROGRESS

The court issued an order for Plaintiff United States of America show cause why the case should not be dismissed for failure to prosecute as to Defendant Deborah Pruitt on June 12, 2018. No response has been filed. Therefore,

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for lack of progress as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.23(e).

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: June 28, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 28, 2018, by electronic and/or ordinary mail.

                                              s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (810) 292-6522